**CLERK'S COURTROOM MINUTE SHEET – CIVIL**

KANSANS FOR CONSTITUTIONAL FREEDOM,

        Plaintiff,

v.                                    Case No. 25-2265-DDC-GEB

KRIS KOBACH, et al.,

        Defendants.

**Attorneys for Plaintiff: Joshua C. Abbuhl, Pedro L. Irigonegaray**
**Attorneys for Defendants: Chad Eric Blomberg, Julian R. Ellis, Jr., Christopher O. Murray**

| JUDGE: | Daniel D. Crabtree | DATE: | 6/23/2025 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |

# PRELIMINARY INJUNCTION HEARING

The parties appear through counsel.

The following motion is before the court:

    Doc. 9 – Motion for Preliminary Injunction – TAKEN UNDER ADVISEMENT as set forth in full on the record.

The court hears argument from counsel on the motion.

The court will enter an order ruling the motion.