## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

KANSANS FOR CONSTITUTIONAL
FREEDOM,

               Plaintiff,

      v.

KRIS KOBACH et al.,

               Defendants.

Case No. 2:25-cv-02265-DDC-GEB

### JOINT NOTICE REGARDING CANCELLATION OF
### MEETING OF KANSAS PUBLIC DISCLOSURE COMMISSION

The parties respectfully provide notice to the Court of a change in circumstances that is relevant to Defendants' pending motion to dismiss, ECF No. 28. In their briefing in support of its motion to dismiss, Defendants stated that the "Commission plans to consider the implementation of HB 2106 at its next public meeting on July 23, 2025." Defs.' Reply in Supp. of Mtn. to Dismiss, ECF No. 39, at 1; *see also* Decl. of Wade Wiebe, ECF No. 37-1, ¶ 7 ("At the July 23 meeting, the implementation of HB 2106 is planned to be on the agenda for the Commission's consideration, including, among things, adopting updated form reports and instructions implementing the reporting and certification requirements in HB 2106.").

The Kansas Public Disclosure Commission (previously the Kansas Governmental Ethics Commission) did not hold the anticipated meeting on July 23, 2025. The Commission now plans to address HB 2106 at its next meeting, which is scheduled for August 27, 2025.

Dated: July 29, 2025                    Respectfully submitted,


                                        */s/ Nicole Revenaugh*
                                        Pedro L. Irigonegaray (#08079)
                                        Nicole Revenaugh (#25482)
                                        **IRIGONEGARAY & REVENAUGH**
                                        1535 S.W. 29th Street
                                        Topeka, KS 66611
                                        (785) 267-6115
                                        pedro@itrlaw.com
                                        nicole@itrlaw.com

                                        Elisabeth C. Frost* (D.C. 1007632)
                                        Joshua C. Abbuhl* (D.C. 1044782)
                                        Richard A. Medina* (D.C. 90003752)
                                        **ELIAS LAW GROUP LLP**
                                        250 Massachusetts Ave. NW, Suite 400
                                        Washington, D.C. 20001
                                        (202) 968-4490
                                        efrost@elias.law
                                        jabbuhl@elias.law
                                        rmedina@elias.law

                                        *Attorneys for Plaintiff*

                                        * *Pro hac vice*

                                        */s/ Christopher O. Murray*
                                        Chad E. Blomberg, KS #23533
                                        First & Fourteenth PLLC
                                        6400 Glenwood Street, Suite 201
                                        Overland Park, KS 66202
                                        Phone: (816) 600-0604
                                        Email: chad@first-fourteenth.com

                                        Christopher O. Murray (*admitted phv*)
                                        Julian R. Ellis, Jr. (*admitted phv*)
                                        Andrew M. Nussbaum (*admitted phv*)
                                        First & Fourteenth PLLC
                                        2 N. Cascade Avenue, Suite 1430
                                        Colorado Springs, CO 80903
                                        Phone: (719) 428-4937
                                        Emails: chris@first-fourteenth.com
                                                julian@first-fourteenth.com
                                                andrew@first-fourteenth.com

2

_/s/ Anthony J. Powell_
Anthony J. Powell, KS #14981
Solicitor General
James Rodriguez, KS #29172
Office of Kansas Attorney General Kris W. Kobach
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612
Phone: (785) 368-8197
Email: jay.rodriguez@ag.ks.gov

_Attorneys for Defendants_